IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** :<br>:<br>v.   :<br>:<br>**HALEY MARIA SUMNER,**   :<br>:<br>**Defendant.**   :<br>_____ : | **CASE NO:**<br>**7:24-CR-34-WLS-TQL-3** |

## ORDER

Previously, the Court provided the Parties with notice that this case was scheduled for a pretrial conference on Wednesday, November 6, 2024, at 3:00 p.m. and for trial during a Specially Set Valdosta Trial Term beginning December 2, 2024 (Doc. 55). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) Defendant, Haley Maria Sumner, filed a timely Motion for Continuance (Doc. 66) ("Motion") stating Defense Counsel was appointed to represent Defendant on October 15, 2024, and Defense Counsel received discovery from the Government on October 30, 2024.

Defendant requests a continuance of the trial and the pretrial conference so that Defense Counsel has time to review the discovery and meet with Defendant, investigate potential defenses, and engage in meaningful discussion regarding the potential resolution of this case. Defense Counsel represents that she conferred with Government's counsel, Assistant United States Attorney, Sonja Profit, who does not oppose the Motion.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 66) is **GRANTED**.

The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2025 Trial Term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C.

§ 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

Further, the November 6, 2024 pretrial conference with respect to Defendant Haley Maria Sumner is **CANCELLED**.

**SO ORDERED**, this 4th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2