IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | CASE NO: |
| : | 7:24-CR-34-WLS-TQL-3 |
| HALEY MARIA SUMNER, : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER

Previously, the Court provided the Parties with notice that this case was scheduled for a pretrial conference on Tuesday, April 1, 2025, at 3:00 p.m. and for trial during the Court's May 2025 Valdosta Trial Term beginning May 5, 2025. (Doc. 83). Before the Court is the Motion for Leave of Absence (Doc. 84) ("Motion") filed by N. Matthew Monroe, counsel for Defendant, which the Court treats as a motion to continue. Therein, Mr. Monroe notifies the Court that he has an overseas family vacation scheduled for March 28, 2025, through April 4, 2025. He requests that the pretrial conference in this matter be rescheduled. Mr. Monroe states that notice of the Motion to Continue has been provided to opposing counsel by electronic filing. Based on the foregoing, the Court finds good cause has been shown for continuing the pretrial conference.

Accordingly, the Motion (Doc. 84) is **GRANTED**. The pretrial conference will be rescheduled by separate order. For the sake of clarity, the trial of this matter is **NOT** being continued and will remain on the Court's calendar for the May 2025 Valdosta trial term.

**SO ORDERED**, this 13th day of March 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**