IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO:** |
| : | **7:24-CR-34-WLS-TQL-3** |
| **HALEY MARIA SUMNER,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

On April 22, 2025, the Court held a Pretrial Conference in this case. The Court enters this Order to memorialize the proceedings and orders given at the Pretrial Conference.

Defendant, who has been allowed to remain free on bond pending trial, failed to appear. Defense Counsel confirmed that Defendant was aware of the hearing and knew that she was required to appear. On oral motion made by Government Counsel, the Court ordered that a bench warrant be issued for Defendant to be brought before the Court. Subsequently, the Court was notified that on April 22, 2025, United States Magistrate Judge Alfreda L. Sheppard entered an Order (Doc. 94) on Petition of the Probation Office (Doc. 95) directing the Clerk of Court to issue a Bench Warrant directing Defendant be brought before the Court to answer allegations in the Petition (Doc. 95). The Court finds it's ruling from the bench that a bench warrant be issued for Defendant's appearance is duplicative. Accordingly, the Court's oral Order is **WITHDRAWN**. Judge Sheppard's Order (Doc. 95) shall remain in effect.

Upon further discussions during the Pretrial Conference, it was determined that this matter is set for trial during the Court's May 2025 Valdosta Trial Term beginning May 5, 2025.

**SO ORDERED**, this 22nd day of April 2025.

                                                          **/s/ W. Louis Sands**
                                                          **W. LOUIS SANDS, SR. JUDGE**
                                                          **UNITED STATES DISTRICT COURT**